**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 11 B 27847** |
| **PETER Z. VUJIC,** | ) | **Honorable A. Benjamin Goldgar** |
| | ) | **Motion Date: August 15, 2012** |
| **Debtor.** | ) | **Motion Time: 10:00 a.m.** |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on August 15, 2012, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF AN ORDER OF DISCHARGE AND FINAL DECREE** shall be heard by the Honorable A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn, Chicago, Illinois 60604 or any judge sitting in his stead. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of an Order of Discharge and Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on August 8, 2012.

/s/*Beverly A. Berneman*
Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604
Via Regular Mail

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Regular Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Regular Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)
Via Regular Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL  60601
Via Regular Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via Regular Mail

Dept. of the Treasury
Internal Revenue Service
PO Box 9019
Holtsville, NY 11742
Via Regular Mail

Capital One Bank (USA), N.A.
PO Box 6492
Carol Stream, IL 60197
Via Regular Mail

Charter One
1215 Superior Ave.
Cleveland, OH 44114
Via Regular Mail

Community Initiatives, Inc.
c/o Dan Olswang and Steve Rappin
Hauselman, Rappin & Olswang, Ltd.
39 S. LaSalle St., #1105
Chicago, IL 60603
Via CM/ECF

Bank of America, N.A., successor by merger to
BAC Home Loans Servicing, LP
c/o Maria Georgopoulos
Codilis and Associates
15W030 N. Frontage Rd.
Burr Ridge, IL 60527
Via CM/ECF

Open NETCF Consulting, LLC
2736 Edgewood Dr.
Dyer, IN 46311
Via Regular Mail

Peoples Gas
Attn: Customer Service
130 East Randolph Drive
Chicago, IL 60601
Via Regular Mail

The Home Depot – Credit Services
PO Box 183175
Columbus, OH 43218
Via Regular Mail

Porsche Financial Services
c/o Nisen & Elliott LLC
200 W. Adams, #2500
Chicago, IL 60606
Via Regular Mail

Banner Plumbing Supply Co.
7255 Cottage Grove Avenue
Chicago, IL 60619
Via Regular Mail

Menards – Retail Services
HSBC Retail Services
P.O. Box 5226
Carol Stream, IL 60197-5226
Via Regular Mail

Shell
PO Box 6406
Sioux Falls, SD 57117
Via Regular Mail

Community Initiatives, Inc.
222 S. Riverside Plaza
Suite 2200
Chicago, IL 60606
Via Regular Mail

Joe Ivezic
407 Summer Drive
Schererville, IN 46375
Via Regular Mail

City of Chicago – Dept. of Revenue
Water Division
PO Box 6330
Chicago, IL 60680
Via Regular Mail

I.M.A. Management, LLC
2800 E. 96th St.
Chicago, IL 60617
Via Regular Mail

Kimberly Ezell
8207 S. Michigan Ave.
#1A
Chicago, IL 60619
Via Regular Mail

Payton A. Edith
8207 S. Michigan Ave.
#2B
Chicago, IL 60619
Via Regular Mail

Yolanda Williams/Phillip Holdman
8207 S. Michigan Ave
#3B
Chicago, IL 60619
Via Regular Mail

Albert Rodney  
8209 S. Michigan Ave.  
Apt. #3B  
Chicago, IL 60619  
Via Regular Mail

Alonzo Kyles  
8213 S. Michigan Ave.  
Apt. #3A  
Chicago, IL 60619  
Via Regular Mail

Barbara Carter  
8201 S. Michigan Ave.  
Apt. #2  
Chicago, IL 60619  
Via Regular Mail

Christopher Byers  
8207 S. Michigan Ave.  
Apt. #2C  
Chicago, IL 60619  
Via Regular Mail

Darrick Hawkins  
8211 S. Michigan Ave.  
Apt. #3B  
Chicago, IL 60619  
Via Regular Mail

Denise Doles  
8201 S. Michigan Ave.  
Apt. #1  
Chicago, IL 60619  
Via Regular Mail

Emmanuel Cazeau  
8203 S. Michigan Ave.  
Apt. #2B  
Chicago, IL 60619  
Via Regular Mail

Erin S. Lee  
8203 S. Michigan Ave.  
Apt. #1B  
Chicago, IL 60619  
Via Regular Mail

George Gor  
8211 S. Michigan Ave.  
Apt. #2B  
Chicago, IL 60619  
Via Regular Mail

Hattie Weathers  
8211 S. Michigan Ave.  
Apt. #1A  
Chicago, IL 60619  
Via Regular Mail

Jennifer Butler  
8205 S. Michigan Ave.  
Apt. #3A  
Chicago, IL 60619  
Via Regular Mail

Juanita Primar  
8213 S. Michigan Ave.  
Apt. #1B  
Chicago, IL 60619  
Via Regular Mail

Kathleen Lacombe  
8207 S. Michigan Ave.  
Apt. #3A  
Chicago, IL 60619  
Via Regular Mail

Katrina Page  
8213 S. Michigan Ave.  
Apt. #1A  
Chicago, IL 60619  
Via Regular Mail

Latoyia Shine
8205 S. Michigan Ave.
Apt. #1B
Chicago, IL 60619
Via Regular Mail

Lawrence E. Nelson
8207 S. Michigan Ave.
Apt. #1A
Chicago, IL 60619
Via Regular Mail

Nathaniel Straughter
8207 S. Michigan Ave.
Apt. #3C
Chicago, IL 60619
Via Regular Mail

Olugbenga Bamgoye
8211 S. Michigan Ave.
Apt. #3A
Chicago, IL 60619
Via Regular Mail

Oro Blahoa
8203 S. Michigan Ave.
Apt. #1A
Chicago, IL 60619
Via Regular Mail

Priscilla Powell
8205 S. Michigan Ave.
Apt. #1A
Chicago, IL 60619
Via Regular Mail

Raquita Dixon
8205 S. Michigan Ave.
Apt. #3B
Chicago, IL 60619
Via Regular Mail

Ruby Brown
8209 S. Michigan Ave.
Apt. #1B
Chicago, IL 60619
Via Regular Mail

Tia Thomas
8209 S. Michigan Ave.
Apt. #2A
Chicago, IL 60619
Via Regular Mail

Toyia Love
8207 S. Michigan Ave.
Apt. #1B
Chicago, IL 60619
Via Regular Mail

Vivian Evans
8209 S. Michigan Ave.
Apt. #2B
Chicago, IL 60619
Via Regular Mail

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145
Via Regular Mail

Citibank, N.A.
DBA
4740 121st St.
Urbandale, IA 50323
Via Regular Mail

Peter Z. Vujic
2800 E. 96th Street
Chicago, IL 60617
Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.  11 B 27847 |
| **PETER Z. VUJIC,** | ) | Honorable A. Benjamin Goldgar |
| | ) | Motion Date: August 15, 2012 |
| **Debtor.** | ) | Motion Time: 10:00 a.m. |

**MOTION FOR ENTRY OF AN ORDER OF DISCHARGE
AND FINAL DECREE**

Debtor, PETER Z. VUJIC ("Debtor") and his attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of an order of discharge and final decree and in support thereof states as follows:

1. On July 5, 2011, (the "Petition Date"), Debtor filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code. Debtor is an individual.

2. On May 22, 2012, after a contested hearing, the Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan.

3. Debtor disclosed in the Amended Disclosure Statement unsecured creditors would receive 3.04% of their claims in a Chapter 7 liquidation.

4. Debtor's confirmed Amended Plan provides for payment of 10% *pro rata* over four years to the allowed claims of unsecured creditors.

5. Debtor has made an initial distribution of 3.50% on account of allowed claims to general unsecured creditors, all as is more fully set forth on Exhibit 1 attached hereto.

6. Pursuant to §1141(d)(5)(A) of the Bankruptcy Code, an individual Chapter 11 does not receive a discharge of any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan. However, pursuant to §1141(d)(5)(B) of the Bankruptcy

-1-

Code, an individual Chapter 11 debtor may receive a discharge after notice and a hearing if (1) the value of the property distributed under the Plan is at least what the creditors would have received in a Chapter 7 liquidation case; and (2), modification of the plan under §1127 of the Bankruptcy Code is not practicable. Debtor provided for this treatment under paragraph 8.01 of the confirmed Plan. Debtor has distributed at least what general unsecured creditors would have received in a Chapter 7 liquidation.

7.     Pursuant to §1141(d)(5)(B), Court may grant the discharge if after notice and a hearing held not more than 10 days before the date of the entry of the order, the Court finds there is no cause to believe that §522(q)(1) is applicable to the Debtor and that there is no pending proceeding in which the Debtor may be found guilty of a felony in connection with §522(q)(1)(A) or liable for debt of the kind described in §522(q)(1)(B). Debtor has not sought an exemption under State or local law as described in §522(q)(1). Debtor has not been convicted of a felony as described in §522(q)(1)(A). Debtor does not owe a debt arising from any of the acts described in §522(q)(1)(B).

WHEREFORE, Debtor, PETER Z. VUJIC, request that this Court:

A.     Enter an order granting Debtor a discharge from any debt that arose before confirmation of the Amended Plan but not from any debt imposed by the Amended Plan.

B.     Enter a final decree order; and

    C.    Grant such other and further relief as this court may deem just and proper.

PETER Z. VUJIC,

By: /s/*Beverly A. Berneman*
      Beverly A. Berneman

Robert R. Benjamin (ARDC # 00170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
70 W. Madison, Ste. 1500
Chicago, Illinois 60602
(312) 263-2300