UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-27847 |
| | ) | |
| PETER Z. VUJIC | ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF DISCHARGE AND FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, PETER Z. VUJIC, for entry of an order of discharge and final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On July 5, 2011, (the "Petition Date"), Debtor filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code.

2. On May 22, 2012, after a contested hearing, the Court entered an order approving the Amended Disclosure Statement and confirming the Amended Plan.

3. Debtor has made initial distributions under the plan which qualifies him for a discharge pursuant to §1141(d)(5)(B) of the Bankruptcy Code.

4. There are no further matters for this Court to ~~administrate~~ administer.

IT IS HEREBY ORDERED that:

A. Debtor is discharged from any debt that arose before confirmation of the Amended Plan. Debtor is not discharged of any debt imposed by the Amended Plan.

~~B. The estate is closed.~~

Enter:

_____
United States Bankruptcy Judge

Dated: 15 AUG 2012

**Prepared by:**
GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602
(312)263-2300

Rev: 20120501_bko