B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–27847**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Peter Z. Vujic
    aka Petar Vujic
    2800 E. 96th Street
    Chicago, IL 60617

Social Security / Individual Taxpayer ID No.:
    xxx–xx–6907

Employer Tax ID / Other nos.:


### DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).


                                    BY THE COURT


Dated: 8/16/12                      A. Benjamin Goldgar
                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# OF AN INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts that are Discharged and Debts that are Not Discharged**

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are not discharged are:

   a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

   b. Debts that are domestic support obligations;

   c. Debts for most student loans;

   d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

   e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

   f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

   g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

   h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Peter Z. Vujic  
      Debtor

Case No. 11-27847-ABG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dramey      Page 1 of 3      Date Rcvd: Aug 16, 2012  
                     Form ID: b18ri      Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2012.

```
db          +Peter Z. Vujic,    2800 E. 96th Street,    Chicago, IL 60617-5008
17506945    +Albert Rodney,    8209 S. Michigan Ave.,    Apt. #3B,    Chicago, IL 60619-4785
17506946   #+Alonzo Kyles,    8213 S. Michigan Ave.,    Apt. #3A,    Chicago, IL 60619-4792
17506947    +BAC Home Loans Servicing LP,    PO Box 650070,    Dallas, TX 75265-0070
17816512    +Bank of America, N.A., successor by merger,   c/o Codilis & Associates, P.C.,
              15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
17506948    +Banner Plumbing Supply Co.,    7255 Cottage Grove Ave.,    Chicago, IL 60619-1299
17506949    +Barbara Carter,    8201 S. Michigan Ave.,    Apt. #2,    Chicago, IL 60619-4715
18968526     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17654611     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
17506950    +Capital One Bank (USA), N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
17506951    +Charter One,    1215 Superior Ave.,    Cleveland, OH 44114-3299
17679381     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17506952    +Christopher Byers,    8207 S. Michigan Ave.,    Apt. #2C,    Chicago, IL 60619-4782
17716436    +Citibank, N.A.,    DBA,    4740 121st St,    Urbandale, IA 50323-2402
17506953    +City of Chicago - Dept. of Revenue,    Water Division,    P.O. Box 6330,    Chicago, IL 60680-6330
17506955    +Darrick Hawkins,    8211 S. Michigan Ave.,    Apt. #3B,    Chicago, IL 60619-4789
17506956    +Denise Doles,    8201 S. Michigan Ave.,    Apt. #1,    Chicago, IL 60619-4715
17506957   +++Dept. of the Treasury,    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
17506958    +Emmanuel Cazeau,    8203 S. Michigan Ave.,    Apt. #2B,    Chicago, IL 60619-4776
17506959    +Erin S. Lee,    8203 S. Michigan Ave.,    Apt. #1B,    Chicago, IL 60619-4736
17506960    +George Gor,    8211 S. Michigan Ave.,    Apt. #2B,    Chicago, IL 60619-4788
18014943    +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
              Tucson, AZ 85712-1083
17506961    +Hattie Weathers,    8211 S. Michigan Ave.,    Apt. #1A,    Chicago, IL 60619-4741
17506962    +Hauselman, Rappin & Olswang,    39 S. LaSalle St.,    Ste. 1105,    Chicago, IL 60603-1720
17506963    +I.M.A. Management, LLC,    2800 E. 96th St.,    Chicago, IL 60617-5008
18060187   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
              100 W. Randolph St., #7-400,    Chicago, IL 60601)
17506964    +Illinois Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
17506965    +Jennifer Butler,    8205 S. Michigan Ave.,    Apt. #3A,    Chicago, IL 60619-4780
17506966    +Joe Ivezic,    407 Summer Drive,    Schererville, IN 46375-1739
17506967    +Juanita Primar,    8213 S. Michigan Ave.,    Apt. #1B,    Chicago, IL 60619-4742
17506968    +Kathleen Lacombe,    8207 S. Michigan Ave.,    Apt. #3A,    Chicago, IL 60619-4783
17506969    +Katrina Page,    8213 S. Michigan Ave.,    Apt. #1A,    Chicago, IL 60619-4742
17506970    +Kimberly Ezell,    8207 S. Michigan Ave.,    #1A,    Chicago, IL 60619-4739
17506971    +Latoyia Shine,    8205 S. Michigan Ave.,    Apt. #1B,    Chicago, IL 60619-4737
17506972    +Lawrence E. Nelson,    8207 S. Michigan Ave.,    Apt. #1A,    Chicago, IL 60619-4739
17506974    +Nathaniel Straughter,    8207 S. Michigan Ave.,    Apt. #3C,    Chicago, IL 60619-4783
17506975    +Olugbenga Bamgoye,    8211 S. Michigan Ave.,    Apt. #3A,    Chicago, IL 60619-4789
17506976    +OpenNETCF Consulting, LLC,    2736 Edgewood Dr.,    Dyer, IN 46311-2309
17506977    +Oro Blahoa,    8203 S. Michigan Ave.,    Apt. #1A,    Chicago, IL 60619-4736
17548806    +PEOPLES GAS LIGHT & COKE COMPANY,    130 EAST RANDOLPH DRIVE,    CHICAGO, ILLINOIS 60601-6203
17506978    +Payton A. Edith,    8207 S. Michigan Ave.,    #2B,    Chicago, IL 60619-4782
17506979    +Peoples Gas,    Attn: Customer Service,    130 East Randolph Drive,    Chicago, IL 60601-6302
17506981    +Porsche Financial Services,    4343 Commerce,    Lisle, IL 60532-3616
17506980    +Porsche Financial Services,    c/o Nisen & Elliott,    200 W. Adams, #2500,
              Chicago, IL 60606-5232
17506982    +Priscilla Powell,    8205 S. Michigan Ave.,    Apt. #1A,    Chicago, IL 60619-4737
17506983    +Raquita Dixon,    8205 S. Michigan Ave.,    Apt. #3B,    Chicago, IL 60619-4780
17506984    +Ruby Brown,    8209 S. Michigan Ave.,    Apt. #1B,    Chicago, IL 60619-4740
17506985    +Shell,    PO Box 6406,    Sioux Falls, SD 57117-6406
17506986    +The Home Depot - Credit Services,    PO Box 183175,    Columbus, OH 43218-3175
17506987    +Tia Thomas,    8209 S. Michigan Ave.,    Apt. #2A,    Chicago, IL 60619-4786
17506988    +Toyia Love,    8207 S. Michigan Ave.,    Apt. #1B,    Chicago, IL 60619-4728
17506989    +Vivian Evans,    8209 S. Michigan Ave.,    Apt. #2B,    Chicago, IL 60619-4786
17506990    +Yolanda Williams/Phillip Holdman,    8207 S. Michigan Ave,    #3B,    Chicago, IL 60619-4783
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17506954    +E-mail/Text: amaurello@cicchicago.com Aug 17 2012 01:59:44    Community Initiatives, Inc.,
              222 S. Riverside Plaza,    Suite 2200,    Chicago, IL 60606-6101
                                                                                              TOTAL: 1
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
17506973   ##+Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: dramey              Page 2 of 3           Date Rcvd: Aug 16, 2012
                               Form ID: b18ri            Total Noticed: 54
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 3 of 3                  Date Rcvd: Aug 16, 2012
                               Form ID: b18ri            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2012 at the address(es) listed below:
          Beverly A Berneman   on behalf of Debtor Peter Vujic baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com
          Maria  Georgopoulos   on behalf of Creditor  Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP nd-four@il.cslegal.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert R Benjamin   on behalf of Debtor Peter Vujic rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com
          Steven R Rappin   on behalf of Creditor  Community Initiatives, Inc. dolswang@hrolaw.com, rarredondo@hrolaw.com

                                                                                                    TOTAL: 5